LATHAM & WATKINS LLP
Melanie M. Blunschi (CA Bar No. 234264)
 *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

William J. Trach (*pro hac vice*)
 *william.trach@lw.com*
U. Gwyn Williams (*pro hac vice*)
 *gwyn.williams@lw.com*
Shlomo Fellig (*pro hac vice*)
 *shlomo.fellig@lw.com*
200 Clarendon Street
Boston, MA 02116
Telephone: +1.617.880.4500
Facsimile: +1.617.948.6001

*Attorneys for Defendant Abbott Laboratories*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALLIE GREEN, | CASE NO. 4:22-CV-03930-JSW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION** |
| v. | AND TERMINATING MOTION TO DISMISS |
| ABBOTT LABORATORIES, | Judge: Jeffrey S. White<br>Courtroom: 5 |
| Defendant. | |

Plaintiff Callie Green ("Plaintiff") and Defendant Abbott Laboratories ("Abbott"), by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, on July 5, 2022, Plaintiff filed her Complaint seeking damages and injunctive relief based on alleged misrepresentations on certain infant formula products that Abbott manufactures (ECF No. 1);

2. WHEREAS, on August 29, 2022, Abbott filed a Notice of Related Case regarding an earlier-filed putative class action in *Ramsey-Standage v. Abbott Labs.*, No. 22PH-CV00853 (Phelps County, Missouri);

3. WHEREAS, on Thursday, September 22, 2022, the Missouri state court in *Ramsey-Standage* granted preliminary approval to a proposed class action settlement with Abbott covering a nationwide class of Similac Infant Formula purchasers;

4. WHEREAS, on September 26, 2022, the parties filed a Stipulation agreeing that good cause exists to extend the date of the Case Management Conference, so the parties had sufficient time to meet and confer regarding the implications of the *Ramsey-Standage* settlement on this matter (ECF No. 38);

5. WHEREAS, on September 27, 2022, the Court approved the Stipulation and extended the Case Management Conference to November 4, 2022, and ordered the parties to file a joint statement regarding whether Abbott intends to pursue its motion to dismiss (ECF No. 39);

6. WHEREAS, the parties agree that good cause exists to stay this action, because the outcome of the *Ramsey-Standage* settlement may moot further proceedings on the merits, the cost of discovery and motion practice absent a stay would be significant, and no party will suffer prejudice from a stay of this action pending the outcome of the settlement in *Ramsey-Standage*;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, that the Court should enter the order proposed below and stay this case pending the outcome of the settlement in *Ramsey-Standage*.

| | | |
|---|---|---|
| 1 | Dated: October 10, 2022 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | /s/ *Melanie Blunschi* |

Melanie M. Blunschi (CA Bar No. 234264)
  *Melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600

William J. Trach (*pro hac vice*)
  *william.trach@lw.com*
U. Gwyn Williams (*pro hac vice*)
  *gwyn.williams@lw.com*
Shlomo Fellig (*pro hac vice*)
  *shlomo.fellig@lw.com*
200 Clarendon Street
Boston, MA 02116
Telephone:  +1.617.880.4500

*Attorneys for Defendant Abbott Laboratories*

Dated: October 10, 2022                              Respectfully submitted,

/s/ *Jack Fitzgerald*

**FITZGERALD JOSEPH LLP**
JACK FITZGERALD
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER
*melanie@fitzgeraldjoseph.com*
CAROLINE S. EMHARDT
*caroline@fitzgeraldjoseph.com*
2341 Jefferson Street, Suit 200
San Diego, California 92110
Phone: (619) 215-1741

**JACKSON & FOSTER LLC**
SIDNEY W. JACKSON, III
*sid@jacksonfosterlaw.com*
CHRISTIAN W. HARBEN
*chriastian@jacksonfosterlaw.com*
75 St. Michael Street
Mobile, Alabama 36602
Phone: (251) 433-6699

*Counsel for Plaintiffs*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order Staying Action.  Pursuant to Local Rule 5-1(h)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED:  October 10, 2022              */s/ Melanie Blunschi*
                                      Melanie M. Blunschi

**[PROPOSED] ORDER**

Having read and considered the Joint Stipulation to Stay Case ("Stipulation"), and for good cause shown, the Stipulation is approved. The Court ORDERS: Defendants' motion to dismiss is TERMINATED.

1. All pre-trial dates and deadlines in this case are VACATED;

2. This action is STAYED for all purposes; and

3. Any Party may file a motion for the stay to be lifted for good cause shown.

4. If the settlement does not moot this matter, Defendants shall advise the Court that a ruling on the motion is required, and the Court will resolve the matter on the papers on file.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 11, 2022

_____
HON. JEFFREY S. WHITE
United States District Court Judge